# O S B O R N   L A W, p.c.

**43 West 43rd Street, Suite 131**
**New York, New York 10036**

| | | |
|---|---|---|
| DANIEL A. OSBORN<br>LINDSAY M. TRUST | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/15/2020 | TELEPHONE<br>212 - 725 - 9800<br><br>FACSIMILE<br>212 - 500 - 5115 |

July 10, 2020

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
Brooklyn, New York 11201

      Re:   *De Vanna v. Commissioner of Social Security,*
               Civil Action No. 20-cv-0899

Dear Judge Lehrburger,

     We write on behalf of plaintiff, Sabrina De Vanna, and with the consent of the defendant, to request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on **July 13, 2020**. Plaintiff respectfully requests an extension of time up to and including, **August 10, 2020**. This is plaintiff's first request for an extension of time.

     Subject to the approval of the Court, the parties propose the following amended briefing schedule:

      a. Plaintiff to serve her motion for judgment on the pleadings on or before **August 26, 2020**;
      b. Defendant to serve its response/cross-motion on or before **October 25, 2020**; and
      c. Plaintiff to serve her reply (if any) on or before **November 15, 2020**.

Honorable Robert W. Lehrburger
July 10, 2020
Page 2

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc:  Leslie Ramirez-Fisher, Esq. (by ECF)

SO ORDERED:

7/15/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE