# O S B O R N   L A W, p.c.

**43 West 43rd Street, Suite131**
**New York, New York 10036**

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 500 - 5115

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/25/2020

August 25, 2020

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
Brooklyn, New York 11201

      Re:    *De Vanna v. Commissioner of Social Security,*
           Civil Action No. 20-cv-0899

Dear Judge Lehrburger,

We write on behalf of plaintiff, Sabrina De Vanna, and with the consent of the defendant, to request a 14-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on **August 26, 2020**. Plaintiff respectfully requests an extension of time up to and including, **September 9, 2020**. This is plaintiff's second request for an extension of time.

Subject to the approval of the Court, the parties propose the following amended briefing schedule:

    a. Plaintiff to serve her motion for judgment on the pleadings on or before **September 9, 2020**;
    b. Defendant to serve its response/cross-motion on or before **November 8, 2020**; and

Honorable Robert W. Lehrburger
August 25, 2020
Page 2

      c.  Plaintiff to serve her reply (if any) on or before
      **November 29, 2020**.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc:  Leslie Ramirez-Fisher, Esq. (by ECF)

SO ORDERED:

8/25/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE